McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mandy Vogel
Nevada Bar No. 16150
  *mandy.vogel@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:      (702) 949-1101

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ROBERT JACKSON, | Case No. 2:21-cv-01773-CDS-VCF |
| Plaintiff, | **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |
| v. | |
| JAMES DZURENDA, et al., | |
| Defendants. | |

COMES NOW, Mandy Vogel, of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, whom previously represented Defendants Brian Williams, Jennifer Nash, and Tarik Berry with Frank A. Toddre, II as lead counsel in this matter.  Thereafter, Frank A. Toddre, II left McCormick, Barstow, Sheppard, Wayte & Carruth, LLP and joined Lewis Brisbois.  The undersigned is no longer counsel for any of the parties in this matter and does not represent Defendants Brian Williams, Jennifer Nash and Tarik Berry.

Thus, the undersigned respectfully moves the Court to remove her from the case service list.

Dated:  June 16, 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____/s/ Mandy Vogel_____
Mandy Vogel
Nevada Bar No. 16150

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  6-16-2023 _____

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2023, a true and correct copy of **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Susan Kingsbury
an Employee of
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

9177856.1